HICKS *v.* SAVANNAH GUANO COMPANY *et al.*

FISH, C. J. Under the evidence it was not error to refuse an interlocutory injunction.      *Judgment affirmed. All the Justices concur.*
MAY 15, 1916.

Petition for injunction. Before Judge Kent. Johnson superior court. November 19, 1915.

*B. B. Blount* and *H. T. Hicks,* for plaintiff.
*Faircloth & Claxton,* for defendants.